# United States District Court
## Northern District of Illinois
Eastern Division

Stone

v.

Christine Whitman

**JUDGMENT IN A CIVIL CASE**

Case Number: 02 C 2877

DOCKETED
JUL 2 3 2003

☐ Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■ Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED defendant's motion for summary judgment is granted. Judgment is entered in favor of the defendant.

Michael W. Dobbins, Clerk of Court

Date: 7/22/2003

Olga Rouse, Deputy Clerk